# John T. Dyer Quarry Co., Appellant, v. S. R. Moss Cigar Company, Inc.

*Contracts—Sales—Evidence—Nonsuit.*

A nonsuit was properly entered in an action of assumpsit to recover for stone sold and delivered to defendant company, where plaintiff's evidence failed to show more than a request by the president of the defendant company to furnish two carloads of stone on approval, which were afterwards rejected, and were sold elsewhere by the plaintiff, and did not show any contractual relation whatever for the remainder of the stone for which claim was made, and which was shipped to contractors erecting a building for defendant.

Argued April 19, 1913. Appeal, No. 238, Jan. T., 1912, by plaintiff, from judgment of C. P. Lancaster Co., June T., 1911, No. 67, refusing to take off nonsuit in case of John T. Dyer Quarry Company v. S. R. Moss Cigar

Company, Inc.   Before BROWN, MESTREZAT, POTTER, ELKIN and MOSCHZISKER, JJ.   Affirmed.

Assumpsit for stone sold and delivered.   Before LANDIS, P. J.

*Error assigned* was the action of the court in refusing to take off the nonsuit.

*B. F. Davis,* with him *Louis M. Childs,* for appellant.

*W. U. Hensel* and *William Keller,* of *Coyle & Keller,* for appellee.

PER CURIAM, June 27, 1913:

This action was brought on an alleged expressed promise of the defendant company to pay for certain stone consigned to contractors and used by them in the erection of a building for the appellee.   The nonsuit was directed because the evidence failed to show the defendant's assumption of liability as charged.   Our examination of it has led to the same conclusion, and the judgment is, therefore, affirmed.